PROB 12C
(6/16)

Report Date: August 23, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2016

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Torry Anton Marquart          Case Number: 0980 2:13CR06053-003

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2014

| | |
|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 & 2; Bank Fraud, 18 U.S.C. § 1344 (2); |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 366 days; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: May 22, 2015 | |
| Defense Attorney: | Steve Roberts | Date Supervision Expires: May 21, 2020 | |

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 06/30/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The defendant violated his conditions of supervised release by stealing a boat on or prior to July 15, 2016, in Benton County, Washington. |
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The defendant violated his conditions of supervised release by failing to register as a sex offender in Franklin County, Washington. |
| 4 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

Case 2:13-cr-06053-EFS **DOCUMENT PUBLIC** 08/23/16    Filed 08/23/16

Prob12C
**Re: Marquart, Torry Anton**
**August 23, 2016**
**Page 2**

**Supporting Evidence**: The defendant violated his conditions of supervised release by traveling to the District of Nebraska without receiving prior permission.

On August 5, 2016, the defendant was arrested in the District of Nebraska on the Courts outstanding federal warrant. The defendant had not received permission to be in Nebraska.

5       **Special Condition # 19**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school.  You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**: The defendant violated his conditions of supervised release by failing to maintain his registration as a sex offender in Franklin County, Washington.

6       **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The defendant violated his conditions of supervised release by failing to report for outpatient chemical dependancy treatment on or after June 29, 2016.  The defendant was removed from outpatient treatment on July 12, 2016.

7       **Special Condition**: While on supervised release, monetary penalties are payable on a monthly basis of not less than $25.00 per month or 10% of the defendant's net household income, whichever is less, commencing 30 days after the defendant is released from imprisonment.

**Supporting Evidence**: The defendant's last restitution payment was made on January 13, 2016, in the amount of $25. Since that date, the defendant has failed to make any additional payments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/23/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Marquart, Torry Anton**
**August 23, 2016**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[x]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]     Defendant to appear before the Judge assigned to the
        case.
[x]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

_____August 23, 2016_____
Date