UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:13-CR-06053-EFS-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS ALLEGED SUPERVISED RELEASE VIOLATIONS** |
| TORRY ANTON MARQUART, | |
| Defendant. | |

On December 6, 2016, the Court held a Supervised Release Revocation Hearing. Defendant Torry Anton Marquart was present and represented by Jeremy Sporn. Assistant United States Attorney Benjamin Seal represented the United States. At the hearing, the Court dismissed alleged Violation 2 per the Government's request and Defendant admitted to Violations 1, 4, 6, and 7. However, the parties were confused as to whether Defendant intended to contest alleged Violations 3 and 5. *See* ECF No. 335. Therefore, the Court ordered the parties to advise the Court if a date would be needed to conduct a contested revocation hearing for alleged Violations 3 and 5. However, on December 12, 2016, the Government filed a Motion to Dismiss Allegations 3 and 5, ECF No. 339.

//

/

ORDER GRANTING THE GOVERMENT'S MOTION TO DISMISS THE VIOLATIONS - 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

**1.** The Government's Motion to Dismiss Allegations 3 and 5, **ECF No. 339**, is **GRANTED**.

**2.** Supervised release Violation 3, as alleged in ECF No. 312, is **DISMISSED**.

**3.** Supervised release Violation 5, as alleged in ECF No. 312, is **DISMISSED**.

**DATED** this  14th  day of December 2016.

　　　　　　　　　　____s/Edward F. Shea_____
　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　Senior United States District Judge