PROB 12C
(6/16)

Report Date:  August 9, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Torry Anton Marquart                    Case Number: 0980 2:13CR06053-EFS-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 & 2; Bank Fraud, 18 U.S.C. § 1344 (2) | |
| Original Sentence: | Prison 366 days; TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence: December 11, 2016 | Prison- 12 months; TSR-36 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: August 4, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: August 3, 2020 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. |

**Supporting Evidence**: Torry Marquart is considered to be in violation of his period of supervised release by failing to report within 72 hours of release.

The offender was released from the custody of Bureau of Prisons on August 4, 2017, at FCI Herlong, California.  He was provided with a taxi which would take him to Reno, Nevada, to catch a Greyhound bus. He was then provided with a bus ticket which allowed him to leave Reno, Nevada, at 2:50 p.m. on August 4, 2017, and arrive in Pasco, Washington, at 1:55 p.m. on August 5, 2017.

Prob12C
**Re: Marquart, Torry Anton**
**August 9, 2017**
**Page 2**

> The offender has not contacted the probation office since his release from custody on August 4, 2017. His whereabouts are currently unknown.

2          **Special Condition # 29**: The defendant shall register as a sex offender, according to the laws of the state in which he resides, is employed, or is attending school.  The defendant shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**:  Torry Marquart is considered to be in violation of his period of supervised release by failing to register as a sex offender.

As noted above, the offender was released from the custody of Bureau of Prisons on August 4, 2017. He was approved to return to the Pasco, Washington, area even though he would be homeless. He was also provided passage to return to Pasco, Washington, by Bureau of Prisons. The offender is required to register as a sex offender once he releases in any community he resides in.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/09/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]     No Action
[XX]    The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

August 9, 2017

Date