PROB 12C
(6/16)

Report Date:  October 18, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Torry Anton Marquart          Case Number: 0980 2:13CR06053-003

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Ct. 1: Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2; Cts. 2-4: Bank Fraud, 18 U.S.C. § 1344 (2) | | |
| Original Sentence: | Prison- 366 days; TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: December 6, 2016 | Prison- 12 months; TSR-36 months | | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: August 4, 2017 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 3, 2020 | |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/09/2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of delivery of a controlled substance on or prior to September 7, 2016.

On December 6, 2016, the offender's term of supervised release was revoked and he was ordered to serve 12 months incarceration, with 36 months of supervised release to follow. The Court imposed Mandatory Condition #1 at the revocation hearing.

On August 4, 2017, the offender was released from the custody of the Bureau of Prisons in Herlong, California. The offender immediately absconded after being released.

Prob12C
**Re: Marquart, Torry Anton**
**October 18, 2017**
**Page 2**

On September 7, 2017, officers with the Richland Police Department Street Crimes Unit began an online communication with the offender which led to his delivering methamphetamine to undercover officers at a local marina in Richland, Washington.

Charges are currently pending with the Benton County Prosecuting Attorneys Office in Kennewick, Washington.

4       **Mandatory Condition # 1**: You shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of eluding on or prior to September 7, 2016.

On December 6, 2016, the offender's term of supervised release was revoked and he was ordered to serve 12 months incarceration, with 36 months of supervised release to follow. The Court imposed Mandatory Condition #1 at the revocation hearing.

On August 4, 2017, the offender was released from the custody of the Bureau of Prisons in Herlong, California. The offender immediately absconded after being released.

As noted in violation number 3, the offender agreed to deliver methamphetamine to undercover officers at a local marina in Richland, Washington. After the offender provided the methamphetamine, an attempt was made to stop him. The offender took off in his vehicle at a high rate of speed, swerved into oncoming traffic, and ran a red light at an intersection. Due to heavy traffic and the offender's reckless driving, the pursuit was terminated.

On September 9, 2017, the offender was located at an apartment in Kennewick, Washington, arrested on local warrants and taken to the Benton County Jail. The offender was then transported to the Franklin County Jail in Pasco, Washington, to address his charge for failing to register as a sex offender.

Charges are pending with the Benton County Prosecuting Attorneys Office in Kennewick, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

**Prob12C**
**Re: Marquart, Torry Anton**
**October 18, 2017**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[ X ]   Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

October 20, 2017
_____
Date